IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DUANE WRIGHT, | |
| Plaintiff, | No. C11-1 |
| vs. | ORDER |
| JOHN FAYRAM, WARDEN, TRACY DIETSCH, TREATMENT DIRECTOR, and REVEREND RICK JENKINS, CHAPLAIN, ANAMOSA STATE PENITENTIARY, | |
| Defendants. | |

This matter is before the court on the Magistrate Judge's Report and Recommendation[1], filed June 18, 2012. Adopted. Dismissed.

On January 10, 2012, the court denied defendants' Motion for Summary Judgment, and referred this matter to the Magistrate Judge pursuant to 28 USC §636(b)(1)(B) for a Report and Recommendation. On June 18, 2012, the Magistrate Judge entered his Report and Recommendation, recommending that the matter be dismissed in accordance therewith. The nature of this action has been fully characterized in the Magistrate Judge's Report and Recommendation, and requires no further elaboration.

No objections have been filed within the applicable time period. The court finds no clear error in the Report and Recommendation, Grinder v. Gammon, 73 F3d 793, 795 (8th Cir. 1996) (absent objections, Report and Recommendation reviewed

---

1. The Honorable Jon S. Scoles, US Magistrate Judge.

only for "clear error"), and concludes that the thorough, well reasoned, and properly supported Report and Recommendation should be adopted.

It is therefore
ORDERED
1.  Adopted.
2.  Dismissed.

July 10, 2012.

*[signature]*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT